THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOKLYN CHILDREN'S AID SOCIETY, Respondent, *v.* GEORGE C. HENDRICKSON et al., Composing the Board of Education of the Huntington Union School, Appellants.

*People ex rel. Brooklyn Children's Aid Socy.* v. *Hendrickson,* 125 App. Div. 256, affirmed.
(Argued October 19, 1909; decided November 9, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1908, which affirmed an order of Special Term

granting a motion for a peremptory writ of mandamus to compel the defendants to admit one Howard Wisbauer as a pupil in the Huntington Union School.

*Thomas Young* for appellants.

*William G. Cooke* and *Howard O. Wood* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Taking no part: WILLARD BARTLETT, J.